J-S17033-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| WESLEY DANIEL SMITH | |
| Appellant | No. 1447 WDA 2014 |

Appeal from the Order Entered August 8, 2014
In the Court of Common Pleas of Clearfield County
Criminal Division at No(s): CP-17-CR-0000406-2010

BEFORE:  GANTMAN, P.J., SHOGAN, J., and FITZGERALD, J.*

JUDGMENT ORDER BY GANTMAN, P.J.:          **FILED MARCH 16, 2015**

Appellant, Wesley Daniel Smith, appeals from the order entered in the Clearfield County Court of Common Pleas, dismissing his first petition filed under the Post Conviction Relief Act ("PCRA"), at 42 Pa.C.S.A. §§ 9541-9546.  We affirm.

Appellant pled guilty to accidents involving death or personal injury and related summary traffic offenses.  On November 23, 2010, the court sentenced Appellant to ninety (90) days to two (2) years less one (1) day imprisonment, followed by a consecutive term of two (2) years' probation. The court denied Appellant's request to delay reporting to prison and ordered the sentence to take effect immediately.  Appellant did not file post-sentence motions or a notice of appeal.

_____

*Former Justice specially assigned to the Superior Court.

On November 21, 2011, Appellant timely filed a counseled PCRA petition. In it, Appellant argued that he wanted a jury trial, and plea counsel was ineffective for failing to move to withdraw the guilty plea. The court conducted an evidentiary hearing on July 3, 2014. On August 8, 2014, the court denied PCRA relief. Appellant timely filed a notice of appeal on September 3, 2014. The court did not order Appellant to file a concise statement of errors complained of on appeal, pursuant to Pa.R.A.P. 1925(b), and Appellant did not file one.

To be eligible for PCRA relief, a petitioner must be "currently serving a sentence of imprisonment, probation or parole for the crime[.]" 42 Pa.C.S.A. § 9543(a)(1)(i). A petitioner becomes ineligible for relief as soon as he completes the sentence, regardless of whether he was still serving the sentence when he filed the PCRA petition. ***Commonwealth v. Williams***, 977 A.2d 1174, 1176 (Pa.Super. 2009), *appeal denied*, 605 Pa. 700, 990 A.2d 730 (2010). Instantly, absent evidence to the contrary, Appellant completed serving the sentence for his underlying crimes in November 2014, while the appeal was pending. Pursuant to Section 9543(a)(1)(i), Appellant is now ineligible for relief under the PCRA. Accordingly, we affirm.

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 3/16/2015